UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JO ANNE E. HASELTINE,            )
                                 )
            Plaintiff,           )      No. C 08-5782 BZ
                                 )
      v.                         )      **BRIEFING ORDER**
                                 )
MICHAEL J. ASTRUE,               )
                                 )
            Defendant.           )
_____)

Having received plaintiff's motion to compel, **IT IS HEREBY ORDERED** as follows:

1.  Defendant's opposition shall be filed by **May 27, 2009**;

2.  Plaintiff's reply, if any, shall be filed by **June 3, 2009**.

After the Court receives the papers, it will determine if a hearing is necessary.

Dated:  May 18, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\HASELTINE v. ASTRUE\BRIEFING ORDER.wpd

1