UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JO ANNE E. HASELTINE,             )<br>                                   )<br>         Plaintiff,               )<br>                                   )<br>     v.                            )<br>                                   )<br>MICHAEL J. ASTRUE,                 )<br>                                   )<br>         Defendant.               )<br>_____) | No. C 08-5782 BZ<br><br>**ORDER SCHEDULING HEARING** |

    By letter dated June 4, 2009, Plaintiff has requested a modification of the Court's June 3, 2009 order (Doc. No. 18). If defendant objects to the proposed modification, it shall file it objections by June 22, 2009.

Dated: June 9, 2009

                                 Bernard Zimmerman
                        United States Magistrate Judge

G:\BZALL\-BZCASES\HASELTINE v. ASTRUE\ORDER SCHEDULING HEARING.2wpd.wpd

1