UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JO ANN E. HASELTINE, <br> Plaintiff, <br><br> vs. <br><br> MICHAEL J. ASTRUE, Commissioner, Social Security Administration, <br><br> Defendant. | CIVIL No.: CV 08-05782 BZ <br><br> (Revised ~~Proposed~~) ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL TRANSCRIPT OF ADMINISTRATIVE RECORD NOT PREVIOUSLY LODGED WITH THIS COURT <br><br> [Fed. R. Civ. Proc. 37(c)] |

On April 27, 2009, Plaintiff served upon Defendant Rule 34 request to produce the following documents:

1. All FOIA documents and notices on cases AB5793, AB8811, AB5792, AB5438, AB5683, PC3697 [Tr: 478], PD3074 [Tr: 479].

2. 200 ALJ Lazuran cases as requested in the R34 motion in Coleman v. Barnhart, Case No. 06-1912 WHA, Docket # 22, dated 19/14/2006 [Tr: 484].

3. All the actions taken by the Appeals Council in both the Coleman and Vitt appeals to the Appeals Council regarding ALJ bias against ALJ Lazuran as referenced in the Pronti case [Tr: 484-485] and HALLEX I-3-8-25(B).

4. All Appeals Council documents, analyst's analysis, and investigations in response to allegations of unfair hearing and general bias on the part of ALJs Lazuran, Reite, and Tielens pursuant to Appeals Council's own rule HALLEX I-3-1-25 not limited to unfair hearing and general bias allegations for Ms. Haseltine but including investigations of same or similar allegations against ALJs Lazuran, Reite, and Tielens by other claimants and/or claimants' representatives. See the Appeals Council's December 23, 2008 finding [Tr: 591] that ALJ Tielens denial to subpoena testimony from Mr. Brodzinsky was discussed at hearing and ALJ Tielens provided cogent reasons for declining claimant's request. Moreover, the Appeals Council found no evidence regarding claimant's general bias against ALJ Tielens but the Appeals Council failed to provide its analysis pursuant to what was done in the Pronti case as required by HALLEX I-3-1-25. See also letter to RALJ Cahn dated 6/7/2005 [Tr: 794-800, 806-811, 814-815] regarding due process violations against Ms Haseltine. See letter RCALJ Steven Wright dated 5/15/2006 [Tr: 856-847]. Letter to the Appeals Council dated 7/10/2006 [Tr: 854-855].

See also letter to Appeals Council dated 2/8/2008 [Tr: 932-968] which includes the Pronti case general bias report. Also is the Appeals Council notice dated 3/28/2008 [Tr:971-973] referral to the Freedom of Information Act Staff for consideration where the requested information has never been provided by the FOIA staff.

All documents, reports, and notices issued by Nancy J. Griswold, Deputy Chief Administrative Law Judge and/or the Office of the Chief Administrative Law Judge regarding the complaint against ALJs Lazuran and Reite. See attached **Exhibit C** of September 9, 2008 regarding such investigation.

When Defendant failed to produce the requested documents, Plaintiff moved to compel, dated May 9, 2009, Motion. This Court, in its order of May 18, 2009, Docket # 16, gave Defendant until May 27, 2009 to file its Opposition. Given that Defendant has failed to object to Plaintiff's motion pursuant to this Court's order, the motion granted.

**ORDER** Defendant having failed to object, **IT IS ORDERED** that defendant will provide to plaintiff, within 30 days:

~~It is ordered that Defendant will provide to Plaintiff, within 30 days:~~

1. All FOIA documents and notices on cases AB5793, AB8811, AB5792, AB5438, AB5683, PC3697 [Tr: 478], PD3074 [Tr: 479].

2. 200 ALJ Lazuran cases as requested in the R34 motion in Coleman v. Barnhart, Case No. 06-1912 WHA, Docket # 22, dated 19/14/2006 [Tr: 484].

3. All the actions taken by the Appeals Council in both the Coleman and Vitt appeals to the Appeals Council regarding ALJ bias against ALJ Lazuran as referenced in the Pronti case [Tr: 484-485] and HALLEX I-3-8-25(B).

4. All Appeals Council documents, analyst's analysis, and investigations in response to allegations of unfair hearing and general bias on the part of ALJs Lazuran, Reite, and Tielens pursuant to Appeals Council's own rule HALLEX I-3-1-25 not limited to unfair hearing and general bias allegations for Ms. Haseltine but including investigations of same or similar allegations against ALJs Lazuran, Reite, and Tielens by other claimants and/or claimants' representatives.

5. All documents, reports, and notices issued by Nancy J. Griswold, Deputy Chief Administrative Law Judge and/or the Office of the Chief Administrative Law Judge regarding the complaint against ALJs Lazuran and Reite.

**IT IS SO ORDERED.**

Dated: June 24, 2009

*/s/ Bernard Zimmerman*
BERNARD ZIMMERMAN
United States Magistrate Judge