UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JO ANNE E. HASELTINE,<br><br>          Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE,<br><br>          Defendant. | No. C 08-5782 BZ<br><br>**ORDER TO SHOW CAUSE** |

   Pursuant to Order filed December 30, 2008, plaintiff was to file a motion for summary judgment within 30 days of service of defendant's answer.  The answer was filed on April 22, 2009 and the administrative record was filed a day later.  However, plaintiff has failed to file her motion for summary judgment.  **IT IS THEREFORE ORDERED** that plaintiff shall show cause in writing by **August 3, 2009** why this case should not be dismissed for lack of prosecution and failure to obey Court orders or why some other sanction should not be imposed for plaintiff's failure.

Dated:  July 21, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\HASELTINE v. ASTRUE\ORDER TO SHOW CAUSE.wpd

1