UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JO ANNE E. HASELTINE, | ) | |
| Plaintiff, | ) | No. C 08-5782 BZ |
| v. | ) | |
| | ) | **ORDER SCHEDULING** |
| MICHAEL J. ASTRUE, | ) | **STATUS CONFERENCE** |
| Defendant. | ) | |

Having read plaintiff's reply to the Court's Order to Show Cause, **IT IS HEREBY ORDERED** that a status conference is scheduled for **August 17, 2009 at 4:00 p.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated:  July 30, 2009

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\HASELTINE v. ASTRUE\ORDER SETTING STATUS CONF.wpd

1