UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JO ANNE E. HASELTINE,          )
                               )
            Plaintiff,         )     No. C 08-5782 BZ
                               )
      v.                       )     **SECOND BRIEFING ORDER**
                               )
MICHAEL J. ASTRUE,             )
                               )
            Defendant.         )
_____)

Having received defendant's motion for relief pursuant to Fed. R. Civ. Proc. 60(b) and motion to strike, **IT IS HEREBY ORDERED** as follows:

1.  Plaintiff's opposition shall be filed by **September 9, 2009**;

2.  Defendant's reply, if any, shall be filed by **September 16, 2009.**

Dated:  August 31, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\HASELTINE v. ASTRUE\SECOND BRIEFING ORDER.wpd

1