UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JO ANNE E. HASELTINE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> ) <br> Defendant. ) <br> _____) | No. C 08-5782 BZ <br><br> **ORDER SCHEDULING TELEPHONIC DISCOVERY CONFERENCE** |

**IT IS HEREBY ORDERED** that a telephone conference to discuss the outstanding discovery dispute is scheduled for **Tuesday, December 15, 2009 at 2:30 p.m.** Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

Dated: December 11, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\HASELTINE v. ASTRUE\TEL CONF 1.wpd

1