UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JO ANNE E. HASELTINE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL J. ASTRUE,<br><br>　　　　Defendant. | No. C 08-5782 BZ<br><br>**ORDER DENYING PLAINTIFF'S EX PARTE MOTION** |

Following a telephone conference where all parties were represented by counsel, **IT IS ORDERED** that plaintiff's ex parte motion dated December 10, 2009 is **DENIED** for not complying with Local Rule 7-10. If plaintiff believes defendant has violated the Court's discovery order, she may file an appropriate motion in compliance with the Federal Rules of Civil Procedure and the Civil Local Rules by **JANUARY 6, 2010. IT IS FURTHER ORDERED** that plaintiff file her motion for summary judgment by **JANUARY 13, 2010.** All motions shall be filed on the Court's normal briefing schedule.

Dated: December 16, 2009

　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-BZCASES\HASELTINE v. ASTRUE\ORDER DENYING PLAINTIFF'S EX PARTE MOTION.wpd

1