UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JO ANNE E. HASELTINE, | ) | |
| Plaintiff, | ) | No. C 08-5782 BZ |
| v. | ) | **BRIEFING ORDER** |
| MICHAEL J. ASTRUE, | ) | |
| Defendant. | ) | |

Having received defendant's motion to strike plaintiff's motion for summary judgment as untimely, **IT IS ORDERED** that any opposition to defendant's motion shall be filed by **FEBRUARY 16, 2010.** Any reply shall be filed by **FEBRUARY 22, 2010.** The Court will schedule a hearing if necessary. The hearing scheduled for **MARCH 17, 2010 is VACATED.**

Dated: February 8, 2010

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\HASELTINE v. ASTRUE\BRIEFING ORDER2.wpd

1