JOSEPH P. RUSSONIELLO, CSBN CA 44332
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX
Social Security Administration
BRENDA M. PULLIN, SBN CO 35181
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-mail: Brenda.Pullin@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JO ANN E. HASELTINE, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | CIVIL NO. 3:08-CV-5782-BZ <br><br> DEFENDANT'S MOTION FOR LEAVE TO FILE A SUR-REPLY |

Defendant hereby moves for leave to file a sur-reply to "Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion for Relief" (Doc. No. 55) (hereinafter "Reply"), on the ground that Plaintiff raised new arguments in said Reply. For example, among other new assertions, Plaintiff asserts for the first time in her Reply that: a Notice in the Federal Register has any bearing on this matter; an "analyst" is actually a Regional Chief Administrative Law Judge; and the discovery order at issue concerns a bias complaint dated September 2008. See Pl.'s Reply at 2:20-3:25, 4:9-5:2.

//

//

//

//

The proposed sur-reply is attached.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: February 8, 2010  By: */s/ Brenda M. Pullin*
BRENDA M. PULLIN
Special Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Ian M. Sammis
1108 Tamalpais Ave. #1
San Rafael, CA 94901

*/s/ Brenda M. Pullin*

DATED: 2/9/2010

GRANTED
Judge Bernard Zimmerman

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA