UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JO ANNE E. HASELTINE, | ) |
| Plaintiff, | ) No. C 08-5782 BZ |
| v. | ) **ORDER** |
| MICHAEL J. ASTRUE, | ) |
| Defendant. | ) |

**IT IS HEREBY ORDERED** that defendant bring an unredacted copy of the Analyst's Report referred to in Document 52-3 to the **FEBRUARY 17, 2010** hearing should the Court need to review it *in camera*.

Dated: February 16, 2010

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\HASELTINE v. ASTRUE\MISC ORDER.wpd

1