UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JO ANNE E. HASELTINE,         )<br>                              )<br>          Plaintiff,          )<br>                              )<br>     v.                       )<br>                              )<br>MICHAEL J. ASTRUE,            )<br>                              )<br>          Defendant.          )<br>_____) | No. C 08-5782 BZ<br><br>**SCHEDULING ORDER** |

**IT IS HEREBY ORDERED** that the hearing scheduled for **JUNE 16, 2010** is **VACATED**.  The Court will rule on the Motion to Strike (Doc. No. 67) concurrently with the motions for summary judgment.

Dated:  June 4, 2010

_____
           Bernard Zimmerman
    United States Magistrate Judge

G:\BZALL\-BZCASES\HASELTINE v. ASTRUE\SCHED ORD.wpd

1