UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JO ANNE E. HASELTINE, | ) | |
| Plaintiff, | ) | No. C 08-5782 BZ |
| v. | ) | **JUDGMENT** |
| MICHAEL J. ASTRUE, | ) | |
| Defendant. | ) | |

The Court having granted defendant summary judgment on June 24, 2010, **IT IS ORDERED** that plaintiff recover nothing and that the action be dismissed on the merits.

Dated:  June 24, 2010

　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-BZCASES\HASELTINE v. ASTRUE\JUDGMENT.wpd

1